IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __1:24-cr-00075WES__ |
| v. | ) | 7 U.S.C. § 2156(a)(1); |
| | ) | 7 U.S.C. § 2156(b); |
| MIGUEL DELGADO, | ) | 7 U.S.C. § 2156(d) |
| ONILL VASQUEZ LOZADA, | ) | 18 U.S.C. § 49(a); and |
| ANTONIO LEDEE RIVERA, | ) | 18 U.S.C. § 2 |
| GERDIMEZ KINGSLEY JAMIE, | ) | |
| JOSE RIVERA, and | ) | |
| LUIS CASTILLO, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## INDICTMENT

The Grand Jury charges:

### I. INTRODUCTION

**A.   The Defendants**

At all times material to this Indictment:

1.   Defendant MIGUEL DELGADO was the owner and resident of a location in Providence, Rhode Island, at which cockfights were held, including fights on February 25, 2022 (hereinafter "the Feb. 25 Fight"), and March 6, 2022 (hereinafter "the March 6 Fight"). DELGADO possessed birds for the purpose of having them participate in a fighting venture. DELGADO also possessed, sponsored, and exhibited, birds at the Feb. 25 Fight and the March 6 Fight. DELGADO also bought and sold gaffs or sharp instruments for use in cockfights.

2.   Defendant ONILL VASQUEZ LOZADA was a Rhode Island resident and possessed birds for the purpose of having them participate in a fighting venture. LOZADO also possessed, sponsored, and exhibited, birds at the Feb. 25 Fight and the March 6 Fight.

3. Defendant ANTONIO LEDEE (A.L.) RIVERA was a Rhode Island resident and possessed birds for the purpose of having them participate in a fighting venture. A.L. RIVERA also possessed, sponsored, and exhibited, birds at the Feb. 25 Fight and the March 6 Fight.

4. Defendant GERDIMEZ KINGSLEY JAMIE was a Massachusetts resident and sponsored and exhibited a bird at the March 6 Fight. JAMIE also transported and delivered gaffs or other sharp instruments to the March 6 Fight.

5. Defendant JOSE RIVERA was a Massachusetts resident and transported and delivered gaffs or other sharp instruments to the March 6 Fight.

6. Defendant LUIS CASTILLO was a Massachusetts resident and possessed, sponsored, and exhibited, birds at the March 6 Fight.

**B.   Animal Fighting Venture Prohibition Under the Animal Welfare Act**

7. The Animal Welfare Act defined "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1).

8. The definition of "animal" in the animal fighting venture prohibition of the Animal Welfare Act included "any live bird." 7 U.S.C. § 2156(f)(4). Thus, an "animal fighting venture" included an event involving the fighting of at least two birds for purposes of sport, wagering, or entertainment if that event was in or affected interstate or foreign commerce.

9. Pursuant to the Animal Welfare Act, it was illegal for any person to:

   a. "knowingly sponsor or exhibit an animal in an animal fighting venture," 7 U.S.C. § 2156(a)(1);

   b. "knowingly attend an animal fighting venture," 7 U.S.C. § 2156(a)(2);

2

  c. "knowingly sell, buy, possess, train, transport, deliver, or receive any animal for purposes of having the animal participate in an animal fighting venture," 7 U.S.C. § 2156(b);

  d. "knowingly use the mail service of the United States Postal Service or any instrumentality of interstate commerce for commercial speech for purposes of advertising an animal, or an instrument described in subsection (d), for use in an animal fighting venture, promoting or in any other manner furthering an animal fighting venture except as performed outside the limits of the United States," 7 U.S.C. § 2156(c); or

  e. "knowingly sell, buy, transport, or deliver in interstate or foreign commerce a knife, a gaff, or any other sharp instrument attached, or designed or intended to be attached, to the leg of a bird for use in an animal fighting venture." 7 U.S.C. § 2156(d).

## II. BACKGROUND

### A. Cockfighting

10. Cockfighting is a contest in which a person attaches a knife, gaff, or other sharp instrument to the leg of a "gamecock" or rooster for the purpose of fighting another rooster. After a cockfighter straps a blade to a rooster, he or she faces the bird toward another similarly armed rooster and sets it down within a few inches of that rooster. This results in a fight during which the roosters flap their wings and jump, while stabbing each other with the weapons that are fastened to their legs. A cockfight ends when one rooster is dead or refuses to continue to fight. It is not uncommon for one or both roosters to die after a fight.

11. A rooster has a natural bony spur on the back of its legs. This spur is used by the rooster to cause injury to other animals when it kicks with its leg. The spur is the rooster's natural means of defense. Cockfighters often trim the bird's natural spurs down so that they can affix a

sharp instrument, such as a gaff, to the rooster's legs to enhance the bird's fighting capability. Gaffs are often affixed to a bird's leg using glue, tape, or dental floss.

12. Cockfighters may also cut off other parts of the bird's body to make it less of a target for an opponent during a cockfight. In particular, cockfighters may "dub" the rooster by cutting off its wattles and comb.

13. "Handlers" prepare and handle birds during cockfights. They may be the actual bird owner, or someone else.

14. Owners of cockfighting arenas, called "pits," hold organized fights where many people can fight their trained birds against the fighting birds of other people. A referee officiates during the cockfights. A series of individual cockfights is referred to as a "derby." A derby usually consists of several individual cockfights or matches and can last for several hours, depending on the number of entries.

15. For purposes of this Indictment, the term "rooster" is synonymous with the terms "gamecock," "cock," "bird," and "chicken." A mature gamecock resembles an ordinary rooster except it may be surgically altered and is trained and conditioned for fighting. Gamecocks also generally receive vitamins, drugs, and other supplements, administered using syringes, to boost their strength and endurance. In addition, a "stag" is a young male chicken generally less than 2 years old, and a "pullet" is a young female chicken generally less than one year old.

16. Persons engaged in cockfighting breed, buy, sell, and traffic in specialized breeds of roosters bred specifically for cockfighting. These breeds are called by names such as "Bruner" and "Jacobs," which refer to the "bloodline" of the bird. Particular breeds known for their winning records in cockfighting matches are prized by users.

## COUNT 1
### 7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2
### Unlawful Possession of Animals for Animal Fighting Venture
### (Defendants LOZADA and A.L. RIVERA)

Paragraphs 1 through 16 are hereby realleged and incorporated herein as if copied verbatim.

On or about April 27, 2021, within the District of Rhode Island, and elsewhere, the defendants,

ONILL VASQUEZ LOZADA and
ANTONIO LEDEE RIVERA,

did knowingly possess animals, namely roosters and immature male chickens, for the purpose of having animals participate in an animal fighting venture, and aided and abetted such activities, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

## COUNT 2
### 7 U.S.C. § 2156(a)(1) and 18 U.S.C. §§ 49(a) and 2
### Sponsoring or Exhibiting an Animal in an Animal Fighting Venture
### (Defendants DELGADO and A.L. RIVERA)

Paragraphs 1 through 16 are hereby realleged and incorporated herein as if copied verbatim.

On or about February 25, 2022, within the District of Rhode Island, and elsewhere, the defendants,

MIGUEL DELGADO and
ANTONIO LEDEE RIVERA,

5

did knowingly sponsor and exhibit, and aided and abetted the sponsorship or exhibition of, roosters in an animal fighting venture in violation of Title 7, United States Code, Section 2156(a)(1), and Title 18, United States Code, Sections 49(a) and 2.

## COUNT 3
### 7 U.S.C. § 2156(a)(1) and 18 U.S.C. §§ 49(a) and 2
### Sponsoring or Exhibiting an Animal in an Animal Fighting Venture
### (All Defendants)

Paragraphs 1 through 16 are hereby realleged and incorporated herein as if copied verbatim.

On or about March 6, 2022, within the District of Rhode Island, and elsewhere, the defendants,

MIGUEL DELGADO,
ONILL VASQUEZ LOZADA,
ANTONIO LEDEE RIVERA,
GERDIMEZ KINGSLEY JAMIE,
JOSE RIVERA, and
LUIS CASTILLO,

did knowingly sponsor and exhibit, and aided and abetted the sponsorship or exhibition of, roosters in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(a)(1), and Title 18, United States Code, Sections 49(a) and 2.

## COUNT 4
### 7 U.S.C. § 2156(d) and 18 U.S.C. § 49(a)
### Buying or Transporting Sharp Instruments for Use in Animal Fighting Venture
### (Defendants DELGADO, JAMIE, and J. RIVERA)

Paragraphs ~~16~~ [SP] 1 through 16 are hereby realleged and incorporated herein as if copied verbatim.

6

On or about March 6, 2022, within the District of Rhode Island, and elsewhere, the defendants,

MIGUEL DELGADO,
GERDIMEZ KINGSLEY JAMIE, and
JOSE RIVERA,

did knowingly buy or transport a gaff, or any other sharp instrument attached, or designed or intended to be attached, to the leg of a bird for use in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(d), and Title 18, United States Code, Section 49(a).

## COUNT 5
### 7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2
### Unlawful Possession of Animals for Animal Fighting Venture
### (Defendant DELGADO)

Paragraphs 1 through 16 are hereby realleged and incorporated herein as if copied verbatim.

On or about March 6, 2022, within the District of Rhode Island, and elsewhere, the defendant,

MIGUEL DELGADO,

did knowingly possess animals, namely roosters and immature male chickens, for the purpose of having animals participate in an animal fighting venture, and aided and abetted such activities, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

A TRUE BILL:



Foreperson

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

By: _____
Stephen DaPonte
Gary N. Donner
Senior Trial Attorneys
Environmental Crimes Section
U.S. Department of Justice


ZACHARY A. CUNHA
UNITED STATES ATTORNEY
DISTRICT OF RHODE ISLAND

By: _____
John P. McAdams
Assistant United States Attorney