PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

CASE NO. 1:24-cr-00075-1WES-PAS

USA vs.

Defendant: MIGUEL DELGADO

Address: [redacted]

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment/Information  ☐ Defendant Added  ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ZACHARY A. CUNHA
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (202) 598-3343

Name of Asst. U.S. Attorney (if assigned): JOHN MCADAMS

☒ Interpreter Required    Dialect: _____

Birth Date: [redacted]    ☒ Male  ☐ Female    ☐ Alien (if applicable)

Social Security Number: _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): SA KYLE BISHOP, USDA-OIG

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): THOMAS BRIODY (401)556-0570
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 2 | 7 USC 2156(a)(1)/4 | Sponsoring or exhbiting animal in animal fighting venture | ☒ Felony ☐ Misdemeanor |
| 3 | 7 USC 2156(a)(1)/4 | Sponsoring or exhbiting animal in animal fighting venture | ☒ Felony ☐ Misdemeanor |
| 4 | 7 USC 2156(d)/4 | Buying or transporting sharp instruments for use in animal | ☒ Felony ☐ Misdemeanor |
| 5 | 7 USC 2156(b)/4 | Unlawful Poss. of Animals for Animal Fighting Venture | ☒ Felony ☐ Misdemeanor |
|   |   | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |

Submit    Go